IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

JERRY RAY SCOTT                                                          PLAINTIFF

VS.                              CASE NO. 05-CV-1100

BUTCH BELIN, Sheriff;
SAM POPE, Judge;
THOMAS DEAN, Prosecuting Attorney;
and BRADLEY COUNTY, ARKANSAS                                DEFENDANTS

# ORDER

Before the Court is the Report and Recommendation filed on June 6, 2006, by the Honorable Bobby E. Shepherd, United States Magistrate Judge for the Western District of Arkansas. (Doc. No. 9). The Plaintiff has filed objections to Judge Shepherd's Report and Recommendation. (Doc. No. 11).

The Plaintiff, Jerry Ray Scott, was a former inmate of the Bradley County Detention Center. Scott has filed this *pro se* civil rights action pursuant to 42 U.S.C. §1983. He alleges that his constitutional rights were violated when he was detained at the Bradley County Detention Center for 76 days without being taken before a judge for his first appearance. He has filed this action against Judge Sam Pope, Sheriff Butch Belin, Prosecuting Attorney Thomas Dean and Bradley County, Arkansas.

Judge Shepherd recommends that Judge Sam Pope be dismissed as a defendant in this action on the ground that he is absolutely immune from suit for actions taken while acting in his official capacity as a judge. On June 14, 2006, Scott filed objections to the report stating that he

objected to his constitutional rights being violated. After reviewing the record *de novo,* the Court adopts *in toto* Judge Shepherd's Report and Recommendation.

A judge is immune from suit for actions taken in his official capacity as a judge. Such judicial immunity is immunity from suit, not just immunity from the ultimate assessment of damages. *See Mireles v. Waco,* 502 U.S. 9, 11, 112 S.Ct. 286, 116 L.Ed.2d 9 (1991). Judge Pope was acting in his judicial capacity when Scott appeared before him on January 18, 2005. In fact, Scott acknowledges that Judge Pope was acting in his official capacity as a judge at that time. Therefore, since Judge Pope's actions in this case where of a judicial nature, he enjoys judicial immunity from suit and should be dismissed from this action.

Accordingly, the Court adopts Judge Shepherd's Report and Recommendation and hereby **dismisses** Judge Sam Pope as a defendant in this action.

IT IS SO ORDERED, this 20th day of June, 2006.

    /s/Harry F. Barnes
Hon. Harry F. Barnes
United States District Judge