IN THE UNITED STATES DISTRICT COURT
WESTERN DIVISION OF ARKANSAS
EL DORADO DIVISION

JERRY RAY SCOTT                                  PLAINTIFF

VS.                  Civil No. 05-CV-1100

BUTCH BELIN, Sheriff;
THOMAS DEAN, Prosecuting
Attorney; and BRADLEY COUNTY,
ARKANSAS                                       DEFENDANTS

## **ORDER**

Now on this 19th day of September, 2006, comes on for consideration the proposed findings and recommendations filed herein on August 28, 2006, by the Honorable Bobby E. Shepherd, United States Magistrate Judge for the Western District of Arkansas. Ten (10) days having passed without objections being filed by the parties, the court hereby adopts in toto the findings and recommendations.

Accordingly, the court finds that separate defendant Thomas Deen's motion (Doc. 17) to dismiss should be and is hereby granted and that Deen is dismissed as a defendant in this action.

IT IS SO ORDERED.

                                           */s/ Harry F. Barnes*
                                           **HARRY F. BARNES**
                                           **U.S. DISTRICT JUDGE**