IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

JERRY RAY SCOTT                                                                               PLAINTIFF

VS.                                       CASE NO. 05-CV-1100

SHERIFF BUTCH BELIN; and
BRADLEY COUNTY, ARKANSAS                                                      DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed on August 2, 2007, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (Doc. No. 28). Judge Bryant recommends that the Motion for Summary Judgment filed on behalf of the Defendants, Sheriff Butch Belin and Bradley County, Arkansas, should be granted in part and denied in part. Ten (10) days have passed without objections being filed by the parties. The Court adopts *in toto* the magistrate judge's findings and recommendations.

Accordingly, the Court finds that the Defendants' Motion for Summary Judgment should be and hereby is **granted in part** and **denied in part.** Plaintiff's claim that a policy or custom of Bradley County was the moving force behind his prolonged detention prior to his first appearance remains before the Court. Plaintiff's request for actual and punitive damages is hereby dismissed.

IT IS SO ORDERED, this 20th day of August, 2007.

                                                  /s/Harry F. Barnes
                                                  Hon. Harry F. Barnes
                                                  United States District Judge