IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

JERRY RAY SCOTT                                                                                              PLAINTIFF

VS.                                                    CASE NO. 05-CV-1100

SHERIFF BUTCH BELIN; and
BRADLEY COUNTY, ARKANSAS                                                                      DEFENDANTS

## JUDGMENT

On this 7th day of February, 2008, in accordance with the Order entered this date, the Court awards judgment in the above styled and numbered case in favor of the Plaintiff, Jerry Ray Scott, against the Defendants, Sheriff Butch Belin and Bradley County, Arkansas. Plaintiff is awarded nominal damages in the amount of $78.00, $1.00 per day for the seventy-eight (78) days he was held in the Bradley County Jail before being brought before a judge for his first appearance. Plaintiff is also awarded $250.00 for the filing fee that was assessed against him in this case.

IT IS SO ORDERED.

    /s/Harry F. Barnes
Hon. Harry F. Barnes
United States District Judge